## IN the INTEREST OF J.R., a Child

### NO. 15–0308

Supreme Court of Texas.

Opinion delivered: April 1, 2016

Jill Christine Pennington, Davis, Gerald & Cremer, PC, Midland TX, for Amicus Curiae.

Stewart W. McKeehan, Stewart McKeehan Attorney at Law, P.C., Odessa TX, for Other interested party.

Joshua Rodriguez, pro se.

Dwight Richard Gallivan, Gregory Barber, Ector County Attorney's Office, Odessa TX, Michael D. Becker, Texas Dept. of Family & Protective Services, Austin TX, for Respondent.

### ORDER

This Court abated this case to consider whether petitioner, a pro se indigent parent in a government-initiated parental rights termination suit, has a statutory right to appointed counsel to pursue a petition for review. Only the child's father, incarcerated at the time of trial, appealed from the termination of both parents' rights. Father's appointed counsel filed a motion to withdraw and an *Anders* brief in the court of appeals, asserting that on examination of the record and applicable law, the attorney had concluded that the appeal was frivolous. *See Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). The court of appeals dismissed the appeal and allowed the attorney to withdraw, directing the attorney to advise father of his right to file a pro se petition for review.

In a hand-written document filed in this Court, father asks for relief, asserting that he "basically never got" the court-appointed attorney that he asked for, and raising issues concerning the ineffectiveness of his appointed attorney and the attorney's successful effort to withdraw. In light of our opinion in *In re P.M.*, —— S.W.3d ——, 2016 WL 1274748 (Tex. 2016), we refer this case to the trial court for the appointment of counsel. We direct the trial court to report on the appointment to the Court within thirty days. The case remains abated until further order.